```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                       November 10, 2015.

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      VPC      DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Daniel Lopez, | Case 2:14-cv-04815-SJO-CW |
|---|---|
| Plaintiff, | **Certification of fact of Contempt per 28 U.S.C. 636 and Federal Rules of Criminal Procedure 42(a)** |
| v. | |
| Promosys, Inc., et al. | |
| Defendants. | |

Plaintiff seeks an Order to Show Cause re: Contempt against Judgment Debtors Promosys Inc. and Shrijikrupa Inc., for his failures to appear for judgment debtor examinations on March 31, 2015.

//

//

//

The facts showing contempt are as follows:

1

1

2         1. On November 13, 2014 Plaintiff Daniel Lopez obtained a judgment

3   against Promosys Inc., and Shrijikrupa Inc., and each of them.

4         2. The judgment having not been paid, Plaintiff sought an Order to Appear

5   for Examination. The court signed this order on February 10, 2015, ordering both

6   Promosys Inc., and Shrijikrupa Inc., to appear on March 31, 2015 in Courtroom

7   640 of Roybal Courthouse, 255 E. Temple, Los Angeles, California.

8         3. Promosys Inc., was served with notice of this hearing on February 19,

9   2015. (Docket #34). Shrijikrupa Inc., was served with notice of this hearing on

10  March 18, 2015. (Docket #35.)

11        4. Promosys Inc., and Shrijikrupa Inc., did not appear for that examination.

12

13

14  Facts above certified:

15                      *Carla M. Woehrle* (signature)

16  Dated: 4/27/2015   By:_____

17                      Carla M. Woehrle
                      United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

1  |  Promosys Inc., and Shrijikrupa Inc., shall appear in Department _1_ of the
2  |  United States District Court, Central District, Western Division located at 312
3  |  North Spring Street, Courtroom 1, Los Angeles, California  90012 on Monday,
4  |  December 7, 2015 @ 8:30 a.m.

6  |  So Ordered:        *S. James Otero* (signature)

8  |  Dated: 11/10/15     By:_____
   |                      United States District Judge

12 |  *Presented by*:
   |  Dennis Price, Esq.
13 |  858-375-7385
   |  dennisp@potterhandy.com
14 |  Attorney for Plaintiff